**Electronically Filed
Supreme Court
SCWC-13-0000068
28-AUG-2015
08:59 AM**

SCWC-13-0000068

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

KANIAULONO ANZAI,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000068; CASE NO. 3DCW-12-0000207)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Kaniaulono Anzai's

application for writ of certiorari filed on July 22, 2015, is

hereby rejected.

DATED:  Honolulu, Hawai'i, August 28, 2015.

James S. Tabe
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

